# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3532

_____

Earl Croston, Jr.,

        Appellant,

v.

University of Central Arkansas,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: May 29, 1998
Filed: June 8, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Earl Croston, Jr., appeals from the district court's[1] judgment for the University of Central Arkansas entered after a bench trial on Mr. Croston's claims brought under Title VII, 42 U.S.C. §§ 2000e-2000e-17. After a careful review of the record and the parties' submissions on appeal, we conclude the district court committed no error. See 8th Cir. R. 47B. We also deny Mr. Croston's pending motions filed with this court.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

Accordingly, the judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.